UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 06-60232-CR-COHN/SNOW

vs.

LEONOR C. GONZALEZ

ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of **$100.00 on** or **before 1/12/07** to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate, 18 U.S.C. Section 3006A(C). It is further ORDERED that a status conference on reimbursement will be held on Thursday January 19th, 2007 at 11:00 a.m.

DONE AND ORDERED at Ft. Lauderdale, Florida this 12th day of October, 2006.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    Counsel
    Pretrial
    Defendant
    Financial Section